| | |
|---|---|
| JOSEPH P. RUSSONIELLO CSBN 44332<br>United States Attorney<br>LUCILLE GONZALES MEIS, SBN CO 15153<br>Regional Chief Counsel, Region IX<br>ELIZABETH FIRER, SBN WI 1034148<br>Special Assistant United States Attorney<br><br>333 Market Street, Suite 1500<br>San Francisco, California 94105<br>Telephone: (415) 977-8937<br>Facsimile: (415) 744-0134<br>Email: Elizabeth.Firer@ssa.gov<br><br>Attorneys for Defendant | ** E-filed August 31, 2009 ** |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**SAN JOSE DIVISION**

| | |
|---|---|
| MICHAEL G. OLSON,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>　　　Defendant. | CIVIL NO. C09-01799 HRL<br><br>STIPULATION AND ~~PROPOSED~~ ORDER |

　　The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 31 days, up to and including August 31, 2009, to answer Plaintiff's complaint. This request is being made because this case was originally assigned to an attorney who went on unexpected and extended medical leave resulting in the need to reassign her entire work load. In the process of these reassignments, the case tracking system used in the Commissioner's Office of the General Counsel has been unreliable and this case was inadvertently overlooked. Defendant will file the answer immediately after filing this proposed order so that no further delay occurs.

///

///

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                          Respectfully submitted,

Dated: August 31, 2009        /s/ *Harvey P. Sackett*
                                          (As authorized via email)
                                          HARVEY P. SACKETT
                                          Attorney for Plaintiff

Dated: August 31, 2009        JOSEPH P. RUSSONIELLO
                                          United States Attorney
                                          LUCILLE GONZALES MEIS
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration

                                          /s/ *Elizabeth Firer*
                                          ELIZABETH FIRER
                                          Special Assistant U.S. Attorney

                                          Attorneys for Defendant

                                          <u>ORDER</u>

APPROVED AND SO ORDERED.


DATED: August 31, 2009                                  
                                          HOWARD R. LLOYD
                                          UNITED STATES MAGISTRATE JUDGE