HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

** E-filed September 24, 2009 **

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL G. OLSON, | ) Case No:  C09-01799 HRL |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner, | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |
| | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Monday, November 2, 2009 in which to e-file his Motion for Summary Judgment.  This extension is necessitated by the number of other cases (7) Plaintiff's counsel currently has before this district court and other district courts that also require briefing around this time.

STIPULATION AND ORDER

1

|   |   |
|---|---|
|   | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| Dated: September 24, 2009 | /s/<br>ELIZABETH FIRER<br>Special Assistant U.S. Attorney |
| Dated: September 24, 2009 | /s/<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>MICHAEL G. OLSON |

IT IS SO ORDERED.

Dated: September 24, 2009

HON. HOWARD R. LLOYD
United States Magistrate Judge

2

STIPULATION AND ORDER