HARVEY P. SACKETT (72488)  ** E-filed November 2, 2009 **

SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL G. OLSON, | Case No: C09-01799 HRL |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time of (30) days up through and including Wednesday, December 2, 2009 in which to e-file his Motion for Summary Judgment.  This extension is necessitated by the number of other cases (5) Plaintiff's counsel currently has before this district court and other district courts that also require briefing around this time.

1

STIPULATION AND ORDER

1
2                                                           JOSEPH P. RUSSONIELLO
                                                            United States Attorney
3
4
5    Dated: October 29, 2009                    /s/
                                                ELIZABETH FIRER
6                                               Special Assistant U.S. Attorney
7
8
9
10   Dated: October 29, 2009                    /s/
                                                HARVEY P. SACKETT
11                                              Attorney for Plaintiff
                                                MICHAEL G. OLSON
12
13
14   IT IS SO ORDERED.
15
16
     Dated: November 2, 2009
17                                              _____
                                                HON. HOWARD R. LLOYD
18                                              United States Magistrate Judge
19
20
21
22
23
24
25
26
27
28

                                    2
STIPULATION AND ORDER