HARVEY P. SACKETT (72488)          ** E-filed December 15, 2009 **

**S A C K E T T**
**AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MICHAEL G. OLSON, | ) | Case No:  C09-01799 HRL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (14) days up through and including Wednesday, January 5, 2010 in which to e-file his Reply to Defendant's Cross-Motion for Summary Judgment.  This extension is necessitated because: (1) of the number of other cases Plaintiff's counsel currently has before this district court and other district courts that also

1

STIPULATION AND ORDER

require briefing around this time; and (2) Plaintiff's counsel will be out of the Bay Area for significant portions during this time.

JOSEPH P. RUSSONIELLO
United States Attorney

.

Dated: December 15, 2009

/s/
MICHAEL A. CABOTAJE
Special Assistant U.S. Attorney

Dated: December 15, 2009

/s/
HARVEY P. SACKETT
Attorney for Plaintiff
MICHAEL G. OLSON

IT IS SO ORDERED.

Dated:    December 15, 2009

HON. HOWARD R. LLOYD
United States Magistrate Judge

2

STIPULATION AND ORDER